# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
August 22, 2025
Lyle W. Cayce
Clerk

No. 24-40839

United States of America,

*Plaintiff—Appellee*,

versus

Olamide Olatayo Bello,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:23-CR-136-1
_____

UNPUBLISHED ORDER

Before Stewart, Willett, and Wilson, *Circuit Judges*.

Per Curiam:

  IT IS ORDERED that Appellee's motion to dismiss this appeal is GRANTED.